

RECEIVED JAN 10 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

# RUHNKE & BARRETT
## ATTORNEYS AT LAW

DAVID A. RUHNKE
MEMBER N.J. AND NEW YORK BARS
davidruhnke@ruhnkeandbarrett.com

JEAN DESALES BARRETT
MEMBER N.J., NEW YORK AND COLORADO BARS
jeanbarrett@ruhnkeandbarrett.com

47 PARK STREET
MONTCLAIR, NEW JERSEY 07042
(973) 744-1000
FAX: (973) 746-1490

**MEMO ENDORSED**

January 10, 2008

Via fax – (212)805-7917
Hon. Robert Patterson, Senior Judge
United Sates District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

Re: *United States v. Joseph Rulli,*
07-cr-889 (RPP)

Dear Judge Patterson:

With the consent of A.U.S.A. Benjamin Gruenstein, I am writing to seek an adjournment of Mr. Rulli's sentencing date of January 22, 2008  The primary reason for the request is I am scheduled to be on trial in Boston starting January 15 in a case that is likely to continue into the following week. Because of Mr. Gruenstein's trial schedule, he asked that I seek a Friday date. Accordingly, I am proposing Friday February 1 at any time that is convenient to the Court.

Your Honor's attention to this request is appreciated.

Respectfully yours,

David A. Ruhnke

C:\Case Files\Rulli\Judge Patterson 01-10-2008 (sentencing date).wpd
cc: Benjamin Gruenstein, A.U.S.A. via fax – (212)637-0412
   Joseph Rulli

Application granted. Sentencing will be held 2/1/08 at 9:30 AM
So ordered.
Robert P. Patterson U.S.D.J.
1/10/08